UNITED STATES of America,
Appellee,

v.

William WASHABAUGH, Jr., William
David Wentroble, Appellants.

Nos. 25971, 26101.

United States Court of Appeals,
Ninth Circuit.

Nov. 6, 1970.

Lee Fee, Court Reporter, in pro. per.

Volney Brown, Jr., Beverly Hills, Cal.,
for William Washabaugh, Jr.

Jeremiah Casselman, Beverly Hills,
Cal., for William Wentroble.

Arnold Regardie, Asst. U. S. Atty.,
Los Angeles, Cal., for appellee.

ORDER RE CONTEMPT

Before CHAMBERS, ELY, and
WRIGHT, Circuit Judges.

PER CURIAM.

Lee Fee, the respondent, the Court
finds as a pro-tem reporter, has committed a contempt in failing to transcribe
her reporter's notes for the record in the
above cases now on appeal, and imposition of any penalty will be postponed
pending observation of compliance with
the following order:

The respondent Fee, effective November 9, 1970, will report to the United
States Marshal for the Central District
of California, Los Angeles, California, at
his office in the United States Courthouse daily Monday to Friday (intervening holidays excepted), from 9:00 a. m.
to 5:00 p. m., during which time she
will devote herself to transcribing the
record in the above case, and then she
shall proceed on succeeding days under
supervision of the Marshal with the other appeals in the United States Court of
Appeals until she has completed all transcribing for which she has orders—until
she has completed the task, and each day
she will advise the Marshall as to how
many pages she has completed.*

* (The Clerk of the Central District will advise the Clerk of the Court of Appeals of
the title of cases in which the respondent has incomplete transcripts. The respondent will advise the Clerk of the
Court of Appeals when she has completed
all transcripts for which she has orders for the Court of Appeals, and at
that time she may cease reporting to the
Marshal.)